John A. BEST, Receiver of the Coggin National Bank of Brownwood, Texas, Appellant,
v. Fannie CAMP et al., Appellees.

No. 6860.

Circuit Court of Appeals, Fifth Circuit.

Dec. 9, 1933.

E. M. Critz, of Coleman, Tex., for appellant.

R. R. Holloway, of Brownwood, Tex., for appellees.

Before BRYAN, FOSTER, and HUTCHESON, Circuit Judges.

BRYAN, Circuit Judge.

The controlling facts in this case and in that of Best, Receiver, etc., v. May Turner et al. (C. C. A.) 67 F.(2d) 786, this day affirmed, are the same. Accordingly, the judgment herein is affirmed.